IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | : | |
| Jose Luis Cruz, | : | Case No. 25-11312 |
| | : | Chapter 13 |
| Debtor. | : | |
| | : | |
| CALIFORNIA PROPERTIES, INC., | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| JOSE LUIS CRUZ, | : | |
| | : | |
| Respondent. | : | |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

COMES NOW movant California Properties, Inc.("Movant"), by and through undersigned counsel, and hereby moves this Court pursuant to 11 U.S.C. § 362(d), Fed. Bankr. Rules 4001, 9014 and Local Rule 4001-1, for relief from the automatic stay imposed by 11 U.S.C. § 362(a). In support hereof, movant respectfully represents as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 of the United States Bankruptcy Code.

2. The relief sought by way of this motion may be granted in accordance with 11 U.S.C. §105(a) and § 362(d) and Fed. Bankr. Rules 9013 and 4001.

3. On or about February 18, 2025, Jose Luiz Cruz ("Debtor" or "Respondent"), filed a voluntary Chapter 13 bankruptcy petition.

4. Rebecca A. Herr is the duly appointed Chapter 13 Trustee herein.

5. As of the petition date, and as evidenced on Debtor's bankruptcy petition and related schedules filed with the Court, Debtor solely owns certain real property having an address at 4010 Jeffry Street, Silver Spring, Maryland 20906 ("the Property"). As reflected on Debtor's schedules, the Property has an approximate fair market value in the amount of $526,400.

6. Prior to this bankruptcy case, on or about November 9, 2023, on motion for summary judgment, the Circuit Court of Maryland for Montgomery County, entered Judgment ("the Judgment") in favor of Movant against Debtor in the amount of $430,576.00 (See copy of Entry of Order Granting Summary Judgment attached hereto as Exhibit A).[1]

7. On or about December 4, 2023, Debtor filed an appeal of the Judgment. The Appeal is still pending.

8. On or about December 15, 2023, immediately after the entry of the Judgment, Debtor mortgaged the Property in favor of Rocket Mortgage in exchange for a $150,000 loan.

9. By virtue of the entry of the pre-petition Judgment in favor of Movant in the Circuit Court of Maryland for Montgomery County, Movant has lien on all real property located in Montgomery County, Maryland, and consequently is a secured creditor as to Debtor's interest in the Property.

10. Prior to the petition date, Movant had initiated foreclosure on the Property to satisfy the Judgment. The filing of the bankruptcy case stopped movant's foreclosure sale on the Property.

---

[1] The Judgment was predicated on Debtor's failure to repay a non-negotiable Promissory Note issued by Debtor to Movant. In short, Movant had advanced funds to Debtor as a personal loan in the amount of $425,000 which Debtor failed to repay. Movant filed suit and the Court entered judgment against Debtor on Movant's motion for summary judgment.

11. Debtor's proposed Chapter 13 plan fails to make provision for Movant's secured claim as to the Property.

12. Movant lacks adequate protection of its interest in the Property and Movant continues to be irreparably injured by the stay imposed by 11 U.S.C. §362(a).  11 U.S.C. §362(d)(1).

13. Further, by virtue of the Judgment and the junior mortgage lien in favor Rocket Mortgage, Debtor has no equity interest in the Property and the Property is not necessary for an effective reorganization.  11 U.S.C. §362(d)(2).

14. Based on the above, cause exists for terminating the automatic stay imposed by Section 362(a) to enable Movant to avail itself of its rights and remedies under applicable non-bankruptcy law–namely to collect on the Judgment by foreclosing on the Property. WHEREFORE, having set forth the above, Movant respectfully prays that this Court enter an Order:

   1. Granting the relief sought by way of this motion;

   2. Terminating the stay imposed by 11 U.S.C. §362(a) of the United States Bankruptcy Code so as to enable Movant to avail itself of its state law rights and remedies as a judgment creditor, including but not limited to the foreclosure on the real property located at 4010 Jeffry Street, Silver Spring, Maryland 20906;

   3. Waiving the stay imposed by Federal Bankr. Rule 4001(a)(3), and

    4.   Granting such other and further relief as this Court deems appropriate.

                          Respectfully submitted

                          Gilman & Edwards, LLC

Date: 3/31/25.            /s/ Richard L. Gilman
                          Richard L. Gilman, Esq.
                          Fed Bar No. 10231
                          8401 Corporate Drive, Suite 450
                          Landover, Maryland 20785
                          Tel: 301-731-3303
                          Fax: 301-731-3072
                          Email: rgilman@gilmanedwards.com
                          Counsel for Movant