Entered: May 13th, 2025
Signed: May 9th, 2025
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | : | |
| Jose Luis Cruz, | : | Case No. 25-11312 |
| | : | Chapter 13 |
| Debtor. | : | |
| | : | |
| CALIFORNIA PROPERTIES, INC., | : | |
| Movant, | : | |
| v. | : | |
| JOSE LUIS CRUZ, | : | |
| Respondent. | : | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

Having considered movant's motion for relief from the automatic stay imposed imposed by Section 362(a) of the United States Bankruptcy Code, debtor's opposition thereto, and upon oral argument and receipt of evidence, and finding that cause exists to terminate the stay, it is hereby this day

ORDERED that movant's motion be and hereby is GRANTED;

ORDERED that stay imposed by 11 U.S.C. § 362(a) be and hereby is TERMINATED;

ORDERED that movant shall be permitted to pursue its applicable non-bankruptcy rights as to the property located at 4010 Jeffry Street, Silver Spring, Maryland 20906, and

ORDERED that the stay imposed by Fed. Bankr. Rule 4001(a)(3) be and hereby is WAIVED.

**END OF ORDER**

cc: All creditors and parties in interest